# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

———————

No. 96-3694

———————

Ozell Lyons,                                          *
                                                     *
        Appellee,                              *
                                                     *
    v.                                             *
                                                     *
City of Wynne, Arkansas;                             *
Lynn Rogers, Chief,                                  *
Individually and in Official            *     Appeal from the United States
Capacity, Wynne Police                  *     District Court for the
Department, Wynne, Arkansas,            *     Eastern District of Arkansas.
                                                     *          [UNPUBLISHED]
        Defendants,                            *
                                                     *
Danny Newsome, Arresting                *
Officer, Individually and in            *
Official Capacity, Wynne                *
Police Department, Wynne,               *
Arkansas,                               *
                                                     *
        Appellant.                             *

———————

Submitted:  April 21, 1997

Filed: April 29, 1997

———————

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

———————

PER CURIAM.

    Danny Newsome appeals from the district court's[1] denial of qualified immunity to him in Ozell Lyons's 42 U.S.C. § 1983 action.  Lyons alleged that Newsome, a police officer with the Wynne,

———————

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

Arkansas, police department, violated his Fourth and Fourteenth Amendment rights by stopping and arresting him without probable cause. Having reviewed the parties' submissions on appeal, we conclude that the district court did not err in denying qualified immunity on the facts of this case. Accordingly, we affirm the judgment entered on the verdict. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.